# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELEMENTS THERAPEUTIC MASSAGE, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHERLYN WHITE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00269-APG-VCF<br><br>**ORDER REGARDING MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Elements Therapeutic Massage, LLC filed a motion for preliminary injunction before any defendants were served. ECF No. 3. Three of the four defendants have been served with the summons, complaint, and motion for preliminary injunction. ECF Nos. 8, 9, 10. None of the served defendants has filed an answer or responded to the motion for preliminary injunction.

IT IS ORDERED that plaintiff Elements Therapeutic Massage, LLC shall file a status report on or before March 30, 2018, detailing whether it has had any communications with any of the defendants or their counsel since this lawsuit was filed, whether any extensions have been granted, and whether the court should set a briefing schedule on the motion for preliminary injunction.

DATED this 16th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE