# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ELEMENT THERAPEUTIC MASSAGE, LLC,

    Plaintiff,

vs.

CHERLYN WHITE, *et al.*,

    Defendants.

2:18-cv-00269-APG-VCF

**ORDER**

Before the Court is Plaintiff's Motion to Extend Time to Serve Defendant Cherlyn White (ECF No. 25).

Plaintiff seeks a 1 week extension to complete service by publication on Defendant White because the four week publication period ends 3 days after May 14, 2018, the 90-day time limit of Rule 4(m).

<u>Extension For Service</u>

Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Here, Plaintiff has given good cause for the court to grant an extension to serve Defendant Cherlyn White.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to Serve Defendant Cherlyn White (ECF No. 25) is GRANTED.

IT IS FURTHER ORDERED that the deadline to effect service of process is extended up to and

///

including May 22, 2018.

DATED this 22nd day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE